

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

September 7, 2023

By ECF

Honorable Lewis J, Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: Brik v. Brodie
     Civil Action No. 23-4330 (E.D.N.Y.) Liman, J.)

Dear Judge Liman:

  The undersigned Assistant U.S. Attorney, counsel for defendant Margo K. Brodie, Chief Judge of the United States District Court for the Eastern District of New York, respectfully submits this letter, jointly with *pro se* plaintiff Roman Brik and with his consent, to respectfully request that the time to file the proposed case management plan be extended from September 7, 2023 to a date to be determined at the September 14, 2023 telephonic conference. The undersigned was assigned to this case a few days ago. I contacted Mr. Brik yesterday and emailed him a template of a sample case management plan. The parties need more time to confer regarding a case management plan. No prior request for an extension of this date has been made. We thank the court for considering this request.

             Respectfully submitted,

             BREON PEACE
             UNITED STATES ATTORNEY

       By: s/VINCENT LIPARI
          Vincent Lipari
          Assistant United States Attorney
          (631) 715-7864

cc: Roman Brik, *pro se*